| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RICHARD A. MARSHACK, #107291<br>rmarshack@marshackhays.com<br>KRISTINE A. THAGARD, #94401<br>kthagard@marshackhays.com<br>MATTHEW W. GRIMSHAW, #210424<br>mgrimshaw@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt Avenue<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Chapter 7 Trustee, DAVID L. HAHN* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 12 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mccall    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STEPHEN EDWARD PASTORE**<br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-12637-CB<br>CHAPTER: 7<br><br>**ORDER ON MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br>**\*\*See #10 below**<br><br>DATE: August 26, 2014<br>TIME: 10:00 a.m.<br>COURTROOM: 5D<br>PLACE: 411 W. Fourth Street, Santa Ana, CA |

**MOVANT:** STEPHEN EDWARD PASTORE

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action:  Yorba v. Pastore

    Docket number: IND 1300794

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

    Superior Court of California, in and for the County of Riverside, Indio Family Court, Larson Justice Center.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                   Page 1                              **F 4001-1.RFS.NONBK.ORDER**

3. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

4. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

5. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

6. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

7. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

8. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

9. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

10. ☒ Other *(specify)*:

    Debtor is NOT subject to the Automatic Stay so NO Relief From the Automatic Stay is required. Debtor's Nonbankruptcy Action in Family Court may proceed as follows:

    The Family Law Court is allowed to make the following rulings: (a) decide any pending sanctions motions, (b) determine the amount of any domestic support payments, as appropriate, and (c) enter a judgment to dissolve the marriage of Stephen Pastore and Monte Yorba.

    The Bankruptcy Court retains jurisdiction to enter any order or judgment that divides assets or liabilities, or orders the distribution of any assets or liabilities

                                         ###

Date: September 12, 2014

Catherine Bauer
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 2                          F 4001-1.RFS.NONBK.ORDER