| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>MATTHEW W. GRIMSHAW, #210424<br>mgrimshaw@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620-5749<br>Telephone: (94-333-7777/Fax: 949-333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Chapter 7 Trustee | **FILED & ENTERED**<br><br>**JUN 18 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mccall    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STEPHEN EDWARD PASTORE,**<br><br><br>Debtor(s). | CASE NO.:  8:14-bk-12637-CB |
|---|---|
| | CHAPTER: 7 |
| | **ORDER ON OBJECTIONS TO CLAIMS** |
| | Date:    June 16, 2015<br>Time:    2:30 p.m.<br>Crtm:    5D |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

| Calendar Number: 33 | Claim Number: 6 | Claim Amount: $750,000.00 |
|---|---|---|
| Claimant Name: Monte Yorba | | |
| ☐ Disallowed    ☒ Allowed | ☐ Unsecured: | ☒ Priority: $2,956.00 |
| Comments: Pre-petition domestic support claim allowed in the amount of $2,956. The balance of the claim is disallowed in its entirety. | | |

### ###

Date: June 18, 2015

Catherine Bauer
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.