| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW W. GRIMSHAW, #210424<br>mgrimshaw@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620-5749<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Chapter 7 Trustee | **FILED & ENTERED**<br><br>SEP 15 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY firman    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STEPHEN EDWARD PASTORE**<br><br>Debtor(s). | CASE NO.: 8:14-bk-12637-CB<br>CHAPTER: 7<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: August 11, 2015<br>TIME: 2:30 p.m.<br>COURTROOM: 5D<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

| Calendar Number: 33 | Claim Number: 8 | Claim Amount: $31,135.76 |
|---|---|---|
| Claimant Name: Homble Partners | | |
| ☒ Disallowed    ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

###

Date: September 15, 2015

/s/ Catherine Bauer
Catherine Bauer
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.