Richard A. Marshack, Trustee
rmarshack@marshackhays.com
870 Roosevelt
Irvine, CA 92620
Telephone 949-333-7777
Facsimile 949-333-7778

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPHEN EDWARD PASTORE | § | Case No. 8:14-bk-12637-CB |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD A. MARSHACK (TR), Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 394,750.00 *(Without deducting any secured claims)* | Assets Exempt: 53,800.00 |
| Total Distributions to Claimants: 169,866.90 | Claims Discharged Without Payment: 1,147,903.43 |
| Total Expenses of Administration: 118,133.10 | |

3) Total gross receipts of $ 288,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 288,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 567,534.00 | $ 137,904.67 | $ 137,904.67 | $ 137,904.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 121,133.10 | 118,133.10 | 118,133.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 58,150.09 | 772,311.93 | 25,267.93 | 25,267.93 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 542,424.32 | 199,031.35 | 199,031.35 | 6,694.30 |
| **TOTAL DISBURSEMENTS** | $ 1,168,108.41 | $ 1,230,381.05 | $ 480,337.05 | $ 288,000.00 |

4)  This case was originally filed under chapteron  04/29/2014 , and it was converted to chapter 7 on  05/15/2014 .  The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/25/2016             By:/s/RICHARD A. MARSHACK (TR), Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 3172 E. Bogert Trail, Palm Springs | 1110-000 | 288,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$288,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercedes Benz Financial Services | | 13,183.00 | NA | NA | 0.00 |
| | Santo Thomas Comm Assoc | | 3,950.00 | NA | NA | 0.00 |
| | Wells Fargo Servicing | | 109,924.00 | NA | NA | 0.00 |
| | Wells Fargo Servicing | | 440,477.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Monte Yorba | 4120-000 | NA | 130,104.25 | 130,104.25 | 130,104.25 |
| | County Tax Collector | 4700-000 | NA | 7,800.42 | 7,800.42 | 7,800.42 |
| TOTAL SECURED CLAIMS | | | $ 567,534.00 | $ 137,904.67 | $ 137,904.67 | $ 137,904.67 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD A. MARSHACK (TR) | 2100-000 | NA | 5,900.00 | 5,900.00 | 5,900.00 |
| RICHARD A. MARSHACK (TR) | 2200-000 | NA | 139.47 | 139.47 | 139.47 |
| A&A Escrow Services Inc. | 2500-000 | NA | 1,204.32 | 1,204.32 | 1,204.32 |
| Title 365 | 2500-000 | NA | 1,506.75 | 1,506.75 | 1,506.75 |
| Union Bank | 2600-000 | NA | 874.39 | 874.39 | 874.39 |
| MARSHACK HAYS LLP | 3110-000 | NA | 79,272.00 | 76,272.00 | 76,272.00 |
| MARSHACK HAYS LLP | 3120-000 | NA | 1,184.67 | 1,184.67 | 1,184.67 |
| HAHN FIFE & COMPANY LLP | 3410-000 | NA | 1,617.00 | 1,617.00 | 1,617.00 |
| HAHN FIFE & COMPANY LLP | 3420-000 | NA | 236.50 | 236.50 | 236.50 |
| Coldwell Banker | 3510-000 | NA | 4,320.00 | 4,320.00 | 4,320.00 |
| Robert Isinger | 3510-000 | NA | 8,640.00 | 8,640.00 | 8,640.00 |
| Seaway Properties Real Estate | 3510-000 | NA | 4,320.00 | 4,320.00 | 4,320.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David L. Hahn | 3991-000 | NA | 11,750.00 | 11,750.00 | 11,750.00 |
| David L. Hahn | 3992-000 | NA | 168.00 | 168.00 | 168.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 121,133.10 | $ 118,133.10 | $ 118,133.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Riverside County Tax Collector | | 4,024.38 | NA | NA | 0.00 |
| 6 | MONTE YORBA | 5700-000 | 3,156.00 | 750,000.00 | 2,956.00 | 2,956.00 |
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | 50,969.71 | 22,311.93 | 22,311.93 | 22,311.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 58,150.09 | $ 772,311.93 | $ 25,267.93 | $ 25,267.93 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dewey Pest Control | | 288.00 | NA | NA | 0.00 |
| | Monte Robin Yorba | | 378,720.00 | NA | NA | 0.00 |
| | Storage Container.com | | 5,000.00 | NA | NA | 0.00 |
| 3 | DISCOVER BANK | 7100-000 | 1,146.95 | 1,146.95 | 1,146.95 | 43.74 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 10,952.78 | 10,952.78 | 417.71 |
| 11 | KARL AVETOOM | 7100-000 | NA | 2,250.48 | 2,250.48 | 85.83 |
| 7 | NORTH VILLAGE CENTER L.P. | 7100-000 | 17,525.00 | 26,750.00 | 26,750.00 | 1,020.17 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 790.00 | 790.21 | 790.21 | 30.14 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 4,045.00 | 3,943.00 | 3,943.00 | 150.38 |
| 13 | THOMAS PASTORE | 7100-000 | 124,909.37 | 124,909.37 | 124,909.37 | 4,763.71 |
| 9 | WELLS FARGO BANK | 7100-000 | NA | 4,788.56 | 4,788.56 | 182.62 |
| 10 | JEFFREY R. LAURICE, ATTORNEY AT LAW | 7200-000 | 10,000.00 | 23,500.00 | 23,500.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 542,424.32 | $ 199,031.35 | $ 199,031.35 | $ 6,694.30 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-12637 | CB | Judge: | Catherine E. Bauer | Trustee Name: | RICHARD A. MARSHACK (TR), Trustee |
| Case Name: | STEPHEN EDWARD PASTORE | | | | Date Filed (f) or Converted (c): | 05/15/2014 (c) |
| | | | | | 341(a) Meeting Date: | 06/25/2014 |
| For Period Ending: | 04/25/2016 | | | | Claims Bar Date: | 09/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 1 Santa Velera, Rancho MIrage | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY - 3172 E. Bogert Trail, Palm Springs | 250,000.00 | 260,000.00 | | 288,000.00 | FA |
| 3. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 10,400.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 500.00 | | 0.00 | FA |
| 7. MISC ELECTRONICS | 550.00 | 0.00 | | 0.00 | FA |
| 8. 401K | 16,050.00 | 0.00 | | 0.00 | FA |
| 9. 401K | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2008 MERCEDES CLK 350 | 15,000.00 | 1,817.00 | | 0.00 | FA |
| 11. CONTRIBUTION FROM FORMER SPOUSE FOR IRS LIEN | 8,450.00 | 8,450.00 | | 0.00 | FA |
| 12. AUTOMOBILE - TOYOTA TUNDRA (REPOSSESSED) | 0.00 | 0.00 | | 0.00 | FA |
| 13. OFFICE EQUIPMENT | 400.00 | 400.00 | | 0.00 | FA |
| 14. TOOLS OF THE TRADE | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. INVENTORY - MISC ELECTRONIC SALVAGE ITEMS | 20,000.00 | 20,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $698,550.00 | $291,167.00 | | $288,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/15:

Trustee negotiated a settlement with Debtor's former spouse for the sale of co-owned property in Palm Springs, CA.  The sale recently closed.  Trustee is in the process of closing the case.

Trustee is still investigating the contribution claim (Asset 11) along with the counter-claims of Debtor's former partner.

Claim info:  Claim review and analysis in process

Tax info:  Case has been sent to accountant for final estate returns

Insurance:  n/a

Litigation:  n/a


| RE PROP # | 11 | -- | Trustee is still investigating this contribution claim along with the counter-claims of Debtor's former partner. |
| RE PROP # | 15 | -- | These items were located in a storage unit.  Debtor had stopped paying the monthly rent. During the pendency of the Ch 13,  the landlord obtained relief from stay.  After the case converted, Trustee attempted to negotiate with the landlord to minimize the administrative expenses but the landlord refused and required certain indemnifications.  The landlord conducted an auction.  The auction proceeds were slightly more than the past due rents and coss of sale. |

Initial Projected Date of Final Report (TFR): 04/30/2017         Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-12637 | Trustee Name: RICHARD A. MARSHACK (TR), Trustee |
| Case Name: STEPHEN EDWARD PASTORE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6088 |
| | Checking |
| Taxpayer ID No: XX-XXX0645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/15 | 2 | TOM CARLOCK | SALE OF ASSET EMD FROM WINNING BIDDER | 1110-000 | $7,740.00 | | $7,740.00 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,725.00 |
| 04/17/15 | | A & A ESCROW SERVICES INC TRUST ACCOUNT | SALE OF ASSET | | $122,364.26 | | $130,089.26 |
| | | | Gross Receipts         $280,260.00 | | | | |
| | | County Tax Collector | TAXES - NON PAYROLL   ($7,800.42) | 4700-000 | | | |
| | | Coldwell Banker | REAL ESTATE AGENT COMMISSION   ($4,320.00) | 3510-000 | | | |
| | | Seaway Properties Real Estate | REAL ESTATE AGENT COMMISSION   ($4,320.00) | 3510-000 | | | |
| | | Robert Isinger | REAL ESTATE AGENT COMMISSION   ($8,640.00) | 3510-000 | | | |
| | | Title 365 | SElIING COSTS/ESCROW FEES   ($1,506.75) | 2500-000 | | | |
| | | A&A Escrow Services Inc. | SElIING COSTS/ESCROW FEES   ($1,204.32) | 2500-000 | | | |
| | | Monte Yorba | SECURED CLAIM   ($130,104.25) | 4120-000 | | | |
| | 2 | | REAL PROPERTY - 3172 E. Bogert Trail, Palm Springs   $280,260.00 | 1110-000 | | | |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $130,074.26 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.78 | $130,004.48 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.31 | $129,811.17 |
| | | | Page Subtotals: | | $130,104.26 | $293.09 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-12637 | Trustee Name: | RICHARD A. MARSHACK (TR), Trustee |
| Case Name: | STEPHEN EDWARD PASTORE | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6088 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0645 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/15 | 1001 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620 | ATTORNEY FEES<br>80% of allowed amount<br>$64,860<br>per order 7/2/15 | 3110-000 | | $51,888.00 | $77,923.17 |
| 07/18/15 | 1002 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620 | ATTORNEY EXPENSES<br>per order 7/2/15 | 3120-000 | | $944.13 | $76,979.04 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.94 | $76,792.10 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $170.10 | $76,622.00 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.08 | $76,507.92 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.18 | $76,397.74 |
| 01/14/16 | 1003 | RICHARD A. MARSHACK (TR)<br>870 ROOSEVELT<br>IRVINE, CA 92620 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,900.00 | $70,497.74 |
| 01/14/16 | 1004 | RICHARD A. MARSHACK (TR)<br>870 ROOSEVELT<br>IRVINE, CA 92620 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $139.47 | $70,358.27 |
| 01/14/16 | 1005 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $24,384.00 | $45,974.27 |
| 01/14/16 | 1006 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $240.54 | $45,733.73 |
| 01/14/16 | 1007 | HAHN FIFE & COMPANY LLP<br>790 E. COLORADO BLVD, 9TH FL<br>PASADENA, CA 91101 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,617.00 | $44,116.73 |
| 01/14/16 | 1008 | HAHN FIFE & COMPANY LLP<br>790 E. COLORADO BLVD, 9TH FL<br>PASADENA, CA 91101 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $236.50 | $43,880.23 |

Page Subtotals:                     $0.00          $85,930.94

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-12637 | Trustee Name: RICHARD A. MARSHACK (TR), Trustee |
| Case Name: STEPHEN EDWARD PASTORE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6088 |
| | Checking |
| Taxpayer ID No: XX-XXX0645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/16 | 1009 | David L. Hahn<br>7 Manorwood<br>Coto de Caza, Ca 92679 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $11,750.00 | $32,130.23 |
| 01/14/16 | 1010 | David L. Hahn<br>7 Manorwood<br>Coto de Caza, Ca 92679 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $168.00 | $31,962.23 |
| 01/14/16 | 1011 | MONTE YORBA<br>1 VIA SANTA VELERA<br>RANCHO MIRAGE, CA 92270 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5700-000 | | $2,956.00 | $29,006.23 |
| 01/14/16 | 1012 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114 0326 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $22,311.93 | $6,694.30 |
| 01/14/16 | 1013 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114 0326 | Final distribution to claim 1 representing a payment of 3.81 % per court order. | 7100-000 | | $417.71 | $6,276.59 |
| 01/14/16 | 1014 | DISCOVER BANK<br>DB Servicing Corporation<br>POB 3025<br>New Albany Ohio, 43054 | Final distribution to claim 3 representing a payment of 3.81 % per court order. | 7100-000 | | $43.74 | $6,232.85 |
| 01/14/16 | 1015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 3.81 % per court order. | 7100-000 | | $30.14 | $6,202.71 |
| 01/14/16 | 1016 | NORTH VILLAGE CENTER L.P.<br>C/O ESSEX REALTY MANAGEMENT<br>ATTN: JEANETTE RUIZ<br>2023 CHICAGO AVE., SUITE B23<br>RIVERSIDE, CA 92507 | Final distribution to claim 7 representing a payment of 3.81 % per court order. | 7100-000 | | $1,020.17 | $5,182.54 |
| 01/14/16 | 1017 | WELLS FARGO BANK<br>PO BOX 63491 MAC A0143-042<br>SAN FRANCISCO, CA 94163 | Final distribution to claim 9 representing a payment of 3.81 % per court order. | 7100-000 | | $182.62 | $4,999.92 |

Page Subtotals: $0.00  $38,880.31

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12637 | Trustee Name: | RICHARD A. MARSHACK (TR), Trustee |
| Case Name: | STEPHEN EDWARD PASTORE | Bank Name: | Union Bank |
|  |  | Account Number/CD#: | XXXXXX6088 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX0645 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/25/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/16 | 1018 | KARL AVETOOM<br>1100 RUTLAND ROAD #9<br>NEWPORT BEACH, CA 92660 | Final distribution to claim 11 representing a payment of 3.81 % per court order. | 7100-000 | | $85.83 | $4,914.09 |
| 01/14/16 | 1019 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 12 representing a payment of 3.81 % per court order. | 7100-000 | | $150.38 | $4,763.71 |
| 01/14/16 | 1020 | THOMAS PASTORE<br>5 WELLINGTON COURT<br>EAST AURORA, NY 14052 | Final distribution to claim 13 representing a payment of 3.81 % per court order. | 7100-000 | | $4,763.71 | $0.00 |
| 02/04/16 | 1011 | MONTE YORBA<br>1 VIA SANTA VELERA<br>RANCHO MIRAGE, CA 92270 | Final distribution to claim 6 representing a payment of 100.00 % per court order. Reversal | 5700-000 | | ($2,956.00) | $2,956.00 |
| 02/05/16 | 1021 | MONTE YORBA<br>PO Box 701<br>Rancho Mirage, CA 92270 | final distribution<br>replaces check #1011<br>per tc with Gary Sodikoff 2/23/16: Monte still hasn't received check.  stop pay, reissue and mail to Gary's office<br>Gary Sodikoff, Attorney at Law<br>57620 Blackdiamond<br>La Quinta, CA 92253<br>206-719-1654 | 5100-000 | | $2,956.00 | $0.00 |
| 02/07/16 | 1012 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114 0326 | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal<br>returned 2-5-16 UTF | 5800-000 | | ($22,311.93) | $22,311.93 |
| 02/07/16 | 1013 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114 0326 | Final distribution to claim 1 representing a payment of 3.81 % per court order. Reversal<br>returned 2-5-16 wrong addr | 7100-000 | | ($417.71) | $22,729.64 |

Page Subtotals: $0.00    ($17,729.72)

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 14-12637 | Trustee Name: | RICHARD A. MARSHACK (TR), Trustee |
| Case Name: | STEPHEN EDWARD PASTORE | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6088 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0645 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/25/2016 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/16 | 1022 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO 7317 PHILADELPHIA, PA 19101-7346 | final distribution replaces check 1012 - wrong address | 5800-000 | | $22,311.93 | $417.71 |
| 02/07/16 | 1023 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO 7317 PHILADELPHIA, PA 19101-7346 | final distribution replaces check 1013 unsecured distribution | 7100-000 | | $417.71 | $0.00 |
| 02/24/16 | 1021 | MONTE YORBA PO Box 701 Rancho Mirage, CA 92270 | final distribution Reversal replaces check #1011 per tc with Gary Sodikoff 2/23/16: Monte still hasn't received check. stop pay, reissue and mail to Gary's office Gary Sodikoff, Attorney at Law 57620 Blackdiamond La Quinta, CA 92253 206-719-1654 | 5100-000 | | ($2,956.00) | $2,956.00 |
| 02/24/16 | 1024 | MONTE YORBA PO Box 701 Rancho Mirage, CA 92270 | prioirity claim replaces ck 1021 per tc with Gary Sodikoff 2/23/16: Monte still hasn't received check. stop pay, reissue and mail to Gary's office Gary Sodikoff, Attorney at Law 57620 Blackdiamond La Quinta, CA 92253 206-719-1654 | 5100-000 | | $2,956.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $130,104.26 | $130,104.26 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $130,104.26 | $130,104.26 |
| Page Subtotals: | $0.00 | $22,729.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $130,104.26 | $130,104.26 |

Exhibit 9

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6088 - Checking | $130,104.26 | $130,104.26 | $0.00 |
|  | $130,104.26 | $130,104.26 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $157,895.74 |
| Total Net Deposits: | $130,104.26 |
| Total Gross Receipts: | $288,000.00 |

Page Subtotals:    $0.00    $0.00